| | |
|---|---|
| ANDRE SYLVESTER WATTS, ) <br> Petitioner, ) | Civil Action No. 7:06CV00208 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| FEDERAL BUREAU OF PRISONS, ) <br> Respondent. ) | By: Hon. Glen E. Conrad <br> United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

### ORDERED

that the petition for writ of habeas corpus filed by the petitioner shall be **DISMISSED** without prejudice and **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent.

ENTER: This 19th day of April, 2006.

_____
United States District Judge